158 A.3d 1225

Nakia A. YANCY, Petitioner

v.

Hon. Jacquline F. ALLEN, Respondent

No. 135 EM 2016

Supreme Court of Pennsylvania.

September 30, 2016.

## ORDER

PER CURIAM

**AND NOW,** this 30th day of September, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate

Petitioner's pending filings within 90 days. The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County and to strike the name of the jurist from the caption.